United States District Court
for the District of Arizona

Michael Lee Gordon,  4-17-2018
    Petitioner,

-vs-  Case No: 4:18-cv-41-RM-BGM

B. Le Rhodes, Warden,
    Respondent

Motion to request that ① "Respondent" be served and that ② a copy of the updated docket sheet to be forwarded to me (accompanied by a $5.00 money order for the payment of filing fee).

*1) Petitioner request that this Honorable Court serve the respondent in this matter please. The above-captioned case was filed on January 25th, 2018, and assigned the above case number and the respondent has not been served nor ordered to respond as of to date.

Petitioner respectfully request that this Honorable Court serve respondent and order that respondent respond.

*2) Petitioner respectfully request that this Honorable Court order that Petitioner to be forwarded a copy of the updated docket sheet. Petitioner has filed numerous documents in the above-captioned case and just wants to be sure that all documents were received and filed in the above captioned case.

Enclosed is a $5.00 Money order for the payment of the filing fee in the

above-captioned case.

## Conclusion

Petitioner respectfully request that the respondent be served and ordered to respond and that a copy of the docket sheet be forwarded to Petitioner.

## Certificate of Service

I, Michael Lee Gordon, pro se, hereby state that the foregoing is true and correct and that a copy of the same was also sent this 17th day of April, 2018.

Respectfully, Michael Lee Gordon
#64459-061
USP Tucson
P.O. Box 24550
Tucson, Arizona
85734