# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Lee Gordon, | No. CV-18-00041-TUC-RM (BGM) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

Pending before the Court is Petitioner Michael Lee Gordon's Motion for Miscellaneous Relief (Doc. 9). Petitioner requests that the Court order the Respondent to answer his Petition. He also requests an updated copy of the docket sheet. Petitioner's Motion will be partially granted to the extent he requests an updated docket sheet. His request to order a response will be denied because, as explained in the May 4, 2018 Order dismissing this case, the Court lacks jurisdiction over the Petition. (Doc. 7.)

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that Petitioner's Motion for Miscellaneous Relief (Doc. 9) is **granted in part and denied in part** as set forth above. The Clerk of Court is directed to send Petitioner an updated docket sheet. This action is to remain closed.

Dated this 8th day of May, 2018.

_____
Honorable Rosemary Márquez
United States District Judge